# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WENLEI MAO,**
Appellant,

v.

**ADAM SMITH** and **TAMARA SMITH,**
Appellees.

No. 4D2024-1568

[February 5, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kim T. Mollica, Judge; L.T. Case No. CONO-22-004152.

Lane Weinbaum of Weinbaum P.A., Coral Springs, for appellant.

Adam J. Smith of BizTx Law, P.A., Parkland, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\*           \*           \*

***Not final until disposition of timely-filed motion for rehearing.***